AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original





# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America

v.

ANTHONEY EDWARD ROSALES,

Defendant.

Case No. 2:25-mj-05102-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 17, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ John M. Woodruff
*Complainant's signature*

John M. Woodruff, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 8/19/2025 at 2:04 p.m.

*Judge's signature*

City and state: Los Angeles, California

Hon. Stephanie Christensen, U.S. Magistrate Judge
*Printed name and title*

AUSA: Nicholas Purcell, x3752

**AFFIDAVIT**

I, John M. Woodruff, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been a Special Agent since March 2020. As an FPS SA, my official duties are to investigate crimes against the United States that originate on or have a nexus to United States government properties or employees, including damage to government property. In addition to my duties with FPS, I serve as a Task Force Officer with the Federal Bureau of Investigation Joint Terrorism Task Force Pacific. Prior to joining FPS, from October 2006 to March 2020, I was an SA with the U.S. Secret Service, where I was assigned to the Honolulu Field Office, the Dignitary Protection Division, and the Presidential Protective Division in Washington, DC. Throughout my career, I have conducted and participated in numerous criminal investigations involving threats to U.S. Secret Service protected persons, bank fraud, wire fraud, aggravated identity theft, counterfeiting of U.S. currency and checks, theft, damage to government property, assaults, and international and domestic terrorism. I have also been responsible for the planning and execution of search and arrest warrants. My criminal investigation training includes but is not limited to graduation from the Federal Law Enforcement Training Center Criminal Investigator Training Course in January 2007, the U.S. Secret Service Special Agent

Training Course in June 2007, and the FPS Special Agent Training Course in December 2021.

## II.    PURPOSE OF AFFIDAVIT

2.   This affidavit is made in support of a criminal complaint against, and arrest warrant for, ANTHONEY EDWARD ROSALES ("ROSALES") for a violation of 18 U.S.C. § 111(a) (Assault on a Federal Officer).

3.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## III.   STATEMENT OF PROBABLE CAUSE

4.   Based on my review of video surveillance footage and photographs, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Protest in Downtown Los Angeles**

5.   On the evening of August 17, 2025, a group of protesters gathered near the parking garage entrance of the Roybal Federal Building and U.S. Courthouse ("Roybal") located

at 255 East Temple Street, Los Angeles, CA 90012.  This group of individuals appeared to be gathering to protest recent federal immigration enforcement operations.  Previous protesters have repeatedly attempted to block vehicles departing Roybal, striking their vehicles with their hands and other objects, blinding the drivers of these vehicles with flashlights, and verbally taunting the drivers with obscenities using megaphones.  As a result, the Army National Guard, the Customs and Border Protection Special Response Team, and FPS Officers were assigned to protect Roybal.

      **B.**    **ROSALES Assaults Federal Officer**

    6.    At approximately 8:56 p.m. on August 17, 2025, several vehicles departed Roybal.  At that time, a male with a dark-colored baseball cap, wearing a long-sleeved light-colored hoodie, dark-colored pants, and light-colored sneakers, who was later identified as ROSALES through the California Law Enforcement Telecommunications System, stood in the area between the two vehicle gates, on the sidewalk of Alameda Street.  As the departing vehicles turned onto Alameda Street, ROSALES moved off the sidewalk into the street.  He appeared to be agitated, gesturing erratically with his arms in the direction of federal officers.  ROSALES paced back and forth and walked up to the federal officers in an aggressive manner.  As he passed several officers, he jerked his head forward at least twice, in a motion consistent with spitting.  ROSALES then kicked out at a federal officer's leg but did not appear to make contact. I reviewed video footage that captured these events.

7. FPS Officer S.V. stated that he witnessed ROSALES spit multiple times in the direction of federal officers, including specifically witnessing ROSALES spit on FPS Officer R.L.'s leg.

8. Officer R.L. was not aware of the spit until he was away from the protest and felt wetness on his leg, at which point he noticed the spit and it was photographed. I reviewed the photograph of Officer R.L.'s leg with spit dripping down his pants.

9. ROSALES was well-known to the federal officers from previous interactions and his presence at Roybal. After the officers observed the spit on Officer R.L.'s leg, they took ROSALES, who was still in the area, into custody.

## IV. CONCLUSION

10. For all the reasons described above, there is probable cause to believe that ROSALES violated 18 U.S.C. § 111(a) (Assault on a Federal Officer).

/s/
John M. Woodruff, Special Agent
Federal Protective Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 19th day of August, 2025.

HONORABLE STEPHANIE CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE